No. 04-11-00173-CR

CHARLTON ELLISON BRADSHAW §

    V. §

THE STATE OF TEXAS §

§

§

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

# MOTION TO REQUEST WITNESS STATEMENT

Comes Now, Charlton Ellison Bradshaw, Pro se, and file this motion to REQUEST WITNESS STATEMENT for the following reasons:

## I.

Charlton Ellison Bradshaw was tried by a jury and convicted of the offense of Capital Murder-other felony in the 186th Judicial Court in Bexar County, Texas.

FILED IN
COURT OF CRIMINAL APPEALS

FEB 18 2015

Abel Acosta, Clerk

I. Charlton Ellison Bradshaw is on appeal and is challenging the sufficiency of the evidence. State Witness Tiffany Barnett testified at Charlton Ellison Bradshaw's trial cause # 2009 CR 12809A. Prior to trial State Witness Tiffany Barnett made a statement to San Antonio Police Department, Detective Bell on October 20, 2009. According to trial Counsel investigation State Witness Tiffany Barnett statement only mentioned an allege assault and such confession was made to her Friday the 16th at 0900 October 2009... Charlton Ellison Bradshaw need a certified copy of State Witness Tiffany Barnett Statement to prove he is actually innocent of Capatil Murder as well as Statewitness was not credible and committed Perjury.

## II.

I Charlton Ellison Bradshaw has wrote Bexar County District Clerk's

DONNA KAY McKINNEY and Cynthia Gomez to recieve state witness Tiffany Barnett statement. Both has replied it will cost $1.00 per page and their office could not locate a witness statement that was provided by A Tiffany Barnett. SEE Attached Exhibit A.

Tiffany Barnett Statement was State Exhibit 35 and the court should have a copy and if not Charlton Ellison Bradshaw is being denied a fair appeal because such evidence is 'able to grant Charlton Ellison Bradshaw relief on appeal. However if the state court do have a copy which the state must have an copy then the state is creating a Brady violation by withholding the document that is favorable to Charlton Ellison Bradshaw. I Have no idea why the state can't locate the witness statement but I have already sent the District Clerk $3.00 Money order from my T.D.C.J. account to purchase the document and would like to recieve Tiffany Barnett witness statement.

## Conclusion and Prayer

I respectfully request that this court order the 186th Judicial Court of Bexar County, Texas issue Charlton Ellison Bradshaw a certified copy of State Witness Tiffany Barnett Statement which is State exhibit 35 in cause #2009-CR-12809A Charlton Ellison Bradshaw V. The State of Texas.

Respectfully Submitted,

Charlton Ellison Bradshaw
Charlton Ellison Bradshaw

## CERTIFICATE OF SERVICE

I, Charlton Ellison Bradshaw, swear under the Penalty of Perjury the the foregoing Motion to Request Witness statement was mailed to The Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711, by U.S. Postal Mail on the 12th day of Febuacy 2015.

Signed this 12th day of Febuary 2015

Charlton Ellison Bradshaw
Charlton Ellison Bradshaw



ATTACHED EXHIBIT A

| BEXAR |  | COUNTY |

## DONNA KAY MᶜKINNEY

### DISTRICT CLERK

|  | December 5, 2014 |
|  | BRADSHAW, CHARLTON ELLISON |
|  | 2009CR12809A |
|  |  |

Dear Charlton Ellison Bradshaw,

Our office can not supply you with free copies of any documents on file in the above referenced cause numbers(s). Copies can be purchased at a price of one dollar (1.00) per page for plain copies or a dollar ($1.00) per pages for certified copies.

☐     If you do not know specifically which documents are on file or which documents you need copies of you can request a computer printout showing what is on file. This must also be paid for in advance. The charge for it is one dollar (1.00) per page. The cost for your printout will be $

☐     If you do not know the number of pages you can write to us and we will let you know the number of pages.

☐     The **copies**/certified you have requested will cost $

☐     It will cost five dollars ($5.00) for us to conduct a Bexar County District Court records to determine the case number.

☐     If you are in need of copies of the COURT REPORTER'S RECORD/STATEMENT OF FACTS CONTACT:

☒     Other: Our office could not locate a witness statement that was provided by Tiffany Barnett.

☐     We do not accept personal checks. You must pay with a cashiers check or money order payable to the **BEXAR COUNTY DISTRICT CLERK.**

Sincerely,
DONNA KAY MᶜKINNEY
BEXAR COUNTY DISTRICT CLERK

BY: _Cynthia Gomez_
Cynthia Gomez
DEPUTY DISTRICT CLERK

BEXAR COUNTY COURTHOUSE * 101 W. NUVEA, SUITE 217 * SAN ANTONIO, TEXAS 78205-3002 *
(210) 335-2113
www.co.bexar.tx.us/dclerk